**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| KEVIN PAUL | § | |
| | § | |
| v. | § | CIVIL CASE NO. 4:20-CV-794 |
| | § | |
| TRANS UNION, LLC, ET AL. | § | |

**MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 21, 2021, the Report of the Magistrate Judge, (Dkt. #57), was entered containing proposed findings of fact and recommendations that Plaintiff Kevin Paul's Motion for Default Judgment Against Defendant, Mountain Run Solutions LLC, (Dkt. #30), be granted in part and denied in part. Having assessed the Report and the record in this case, and no objections to the Report having been timely filed, the Court determines that the Magistrate Judge's Report should be adopted.

It is therefore **ORDERED** that the Motion for Default Judgment Against Defendant, Mountain Run Solutions LLC, (Dkt. #30), is **GRANTED IN PART** and **DENIED IN PART**. Plaintiff is awarded $1,680.00 in actual damages under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681n, 1681o; $1,000 in statutory damages under the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692e(2)(A), 1692e(8), 1692g(a)(3); $544.45 in costs, and $12,780.45 in attorneys' fees from Defendant Mountain Run Solutions, LLC.

- 2 -

**So ORDERED and SIGNED this 9th day of August, 2021.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE